■ In the Matter of PATRICK PROCTOR, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [13 NYS3d 917]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination that found him guilty of creating a disturbance and committing an unhygienic act. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the matter is dismissed as moot (see Matter of McCaskell v Department of Corr. & Community Supervision, 128 AD3d 1208, 1208-1209 [2015]; Matter of Bain v Annucci, 127 AD3d 1533, 1533 [2015]).

McCarthy, J.P., Rose, Lynch and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.